LeBell ▪ Dobroski ▪ Morgan ▪ Meylink ▪ LLP
ATTORNEYS AT LAW

*Our Firm's Success*
*Depends On Your Success*

August 29, 2014

Honorable J.P. Stadtmueller
U.S. District Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      RE:    **U.S. v. Approximately $50,205.00 in United States Currency, et al.
              Case No. 12-C-1183**

Dear Judge Stadtmueller,

      I represent Jia Zou, Hong Yong Zou, and Yi Zhou in the above referenced matter. AUSAs Campbell and Chmelar and I have been in negotiations to resolve this matter. We have reached an agreement which will be filed shortly after I return from a vacation. The purpose of this letter is to advise you that progress has been made and I believe the case with respect to my clients will be resolved completely.

Sincerely,

Attorney Robert G. LeBell

Robert G. LeBell ▪ John D. Dobroski ▪ Jeffrey Morgan ▪ Daniel E. Meylink
The Renaissance Building
309 North Water Street ▪ Suite 350 ▪ Milwaukee, WI 53202
Phone: 414.276.1233 ▪ Fax: 414.276.5874 ▪ Toll Free: 866.222.0337 ▪ www.ldm-law.com